**IN THE UNITED STATE DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**DUKE ALEXANDER**                                                             **PLAINTIFF**

**v.**                                  **No. 4:07-CV-00018-WRW**

**JOHN COLLINS ROGERS and**
**WILLIAM WATT**                                                   **DEFENDANTS**

### ORDER

Pending is Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. No. 1) and Motion to Appoint Counsel (Doc. No. 3).

A question of subject-matter jurisdiction may be raised *sua sponte* at any time.[1] "Whenever it appears . . . that the court lacks jurisdiction of the subject matter, the court shall dismiss the action."[2] After reviewing the complaint, it is clear that this Court lacks subject matter jurisdiction -- although Plaintiff speaks of a "Federal Court Order," his allegations involve a state court order.

Accordingly, Plaintiff's Motion to Proceed *In Forma Pauperis* and Motion to Appoint Counsel are DENIED and this case is DISMISSED for lack of jurisdiction.

IT IS SO ORDERED this 22nd day of January, 2007.

                                                                   /s/ Wm. R.Wilson,Jr.
                                                                   UNITED STATES DISTRICT JUDGE

---

[1] *Bueford v. Resolution Trust Corp.*, 991 F.2d 481, 485 (8th Cir. 1993).

[2] Fed. R. Civ. P. 12(h)(3).